143 A.3d 889

**THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC., Petitioner**

v.

**PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY, BUREAU OF LABOR LAW COMPLIANCE, Respondent**

**Elizabeth Haubrich, Intervenor.**

Supreme Court of Pennsylvania.

Aug. 2, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of August, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner is:

(1) Whether the Pennsylvania Personnel File Act [43 P.S. §§ 1321–24]'s definition of "current employee" means *former* employee, as was held by the Commonwealth Court in this case when it erroneously relied on nonprecedential *dicta* in an earlier Commonwealth Court decision (*Beitman v. Dep't of Labor & Indus.,* 675 A.2d 1300 (Pa.Cmwlth.1996))?